# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DARDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PHILIPE MECHAEL, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-00505-LJO-SAB (PC)<br><br>ORDER VACATING OCTOBER 24, 2017 FINDINGS AND RECOMMENDATIONS, DIRECTING CLERK OF COURT TO FILE SECOND AMENDED COMPLAINT, FINDING SECOND AMENDED COMPLAINT APPROPRIATE FOR SERVICE, AND FORWARDING PLAINTIFF THE NECESSARY SERVICE OF PROCESS FORMS FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>[ECF Nos. 11, 12] |

　　　　Plaintiff Geraldine Darden is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　Currently before the Court is Plaintiff's second amended complaint, lodged on October 24, 2017.

　　　　Plaintiff filed the instant action on April 11, 2017. On May 18, 2017, the Court dismissed the complaint, with leave to amend, for failure to state a cognizable claim for relief. Plaintiff filed an amended complaint on June 28, 2017. On July 31, 2017, the undersigned issued Findings and Recommendations recommending dismissal of the action for failure to state a cognizable claim for relief. Plaintiff filed objections to the Findings and Recommendations on September 8, 2017. On

September 15, 2017, the Court vacated the July 31, 2017 Findings and Recommendations and granted Plaintiff one last opportunity to file a second amended complaint within thirty days. After thirty days passed and Plaintiff failed to file a second amended complaint, the Court issued Findings and Recommendations on October 24, 2017. On this same date, however, Plaintiff submitted a second amended complaint which was lodged by the Court. In light of the fact that Plaintiff's second amended complaint crossed in the mail with the filing of the Findings and Recommendations, the Court will vacate the Findings and Recommendations, order the second amended complaint filed, and screen the complaint pursuant to 28 U.S.C. § 1915A(a). Based on the allegations presented in the second amended complaint, Plaintiff states a cognizable claim against Defendants Philipe Mechael, Ikwinder Singh, Robert Mitchell, and H. Longia for deliberate indifference to a serious medical need in violation of the Eighth Amendment.

Accordingly, it is HEREBY ORDERED that:

1. The October 24, 2017 Findings and Recommendations are vacated;

2. The Clerk of Court shall file the second amended complaint (ECF No. 12), lodged on October 24, 2017;

3. Service shall be initiated on the following defendants:

   **Philipe Mechael**

   **Ikwinder Singh**

   **Robert Mitchell**

   **H. Longia**

4. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the Second Amended Complaint filed October 24, 2017;

5. Within thirty (30) days from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. One completed summons for each defendant listed above;

   b. One completed USM-285 form for each defendant listed above;

   c. Five (5) copies of the endorsed Second Amended Complaint filed October 24, 2017; and

   d. All CDCR Form 602 documentation submitted in relation to this case;

6. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs; and

7. The failure to comply with this order will result in dismissal of this action.

IT IS SO ORDERED.

Dated: **October 26, 2017**

UNITED STATES MAGISTRATE JUDGE