# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DARDEN,<br><br>    Plaintiff,<br><br>v.<br><br>PHILIPE MECHAEL, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00505-LJO-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S MOTION FOR DOCKET AND NOTIFICATION<br><br>[ECF No. 18] |

Plaintiff Geraldine Darden is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On November 16, 2017, the Court directed the United States Marshal to serve Defendants H. Longia, Philipe Mechael, Robert Mitchell, and Ikwinder Singh, and the deadline for service has not yet expired.

On January 12, 2018, Plaintiff filed a motion regarding the status of this case. Plaintiff is advised that in cases involving a plaintiff proceeding in forma paupers, a United States Marshal, upon order of the court, serves the summons and complaint. Fed. R. Civ. P. 4(c)(3). The United States Marshal is presently in the process of attempting to serve the above-identified defendants, and no action is presently required by Plaintiff. As Plaintiff was advised in the Court's First Informational Order, filed April 11, 2017, "[a]s long as a party keeps the Court information of the party's current address, the Court will provide notice of all actions which might affect the case as soon as an action is

taken in the case. The Court will not respond in writing to individual inquiries regarding the status of a case." (ECF No. 3, Order at 3:27-4:2.)

IT IS SO ORDERED.

Dated: **January 16, 2018**

_____
UNITED STATES MAGISTRATE JUDGE