# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DARDEN,<br><br>    Plaintiff,<br><br>v.<br><br>PHILIPE MECHAEL, et al.,<br><br>    Defendants. | Case No. 1:17-cv-00505-LJO-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING DEFENDANTS' MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT, AND DIRECTING DEFENDANTS TO FILE AN ANSWER TO THE COMPLAINT WITHIN TWENTY DAYS<br><br>[ECF Nos. 21, 29] |

Plaintiff Geraldine Darden is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On May 18, 2018, the Magistrate Judge filed a Findings and Recommendation recommending that Defendants' motion to declare Plaintiff a vexatious litigant be denied. The Findings and Recommendation was served on the parties and contained notice that objections to the Findings and Recommendation were to be filed within thirty days. No objections were filed and the time period to do so has expired.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed on May 18, 2018, is adopted in full;
2. Defendants' motion to declare Plaintiff a vexatious litigant is denied; and
3. Defendants shall file an answer to the complaint within twenty (20) days from the date of service of this order.

IT IS SO ORDERED.

Dated: **June 21, 2018**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE