UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| GERALDINE DARDEN, | Case No.: 1:17-cv-00505-LJO-SAB (PC) |
|---|---|
| Plaintiff, | ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT INMATE GERALDINE DARDEN, CDCR # W-81216 |
| v. | |
| PHILIPE MECHAEL, et al., | DATE: October 3, 2018 |
| Defendants. | TIME: 9:30 a.m. |
| | LOCATION: Courtroom 8 (BAM) |

**Inmate Geraldine Darden**, **CDCR # W-81216**, a necessary and material witness on her own behalf in proceedings in a settlement conference on October 3, 2018, is confined at Central California Women's Facility, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #8, Sixth Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on Wednesday, October 3, 2018, at 9:30 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden of Central California Women's Facility**

**WE COMMAND** you to produce the inmate named above, along with any necessary legal property, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **September 4, 2018**  _____
UNITED STATES MAGISTRATE JUDGE

