FILED

OCT 3 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DARDEN,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MECHAEL, et al.,<br><br>　　　　Defendants. | Case No.: 1:17-cv-00505-LJO-SAB (PC)<br><br>ORDER THAT INMATE GERALDINE DARDEN IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

Plaintiff Geraldine Darden is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

A settlement conference in this matter commenced on October 3, 2018. Inmate Geraldine Darden, CDCR #W-81216, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATE: 10/3/18

_____
UNITED STATES MAGISTRATE JUDGE