UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE DARDEN,<br><br>        Plaintiff,<br><br>    v.<br><br>PHILIPE MECHAEL, et al.,<br><br>        Defendants. | Case No. 1:17-cv-00505-LJO-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO STAY PROCEEDINGS PENDING APPEARANCE BY A REPRESENTATIVE ON PLAINTIFF'S BEHALF<br><br>[ECF No. 43] |

Plaintiff Geraldine Darden is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' request to stay the proceedings pending appearance by a representative on Plaintiff's behalf, filed March 18, 2019.

On January 14, 2019, Defendants filed a notice of death of Plaintiff, Geraldine Darden. (ECF No. 40.) On January 24, 2019, Defendants filed a declaration indicating that service of the notice of death was served on the decedent's next of kin, Doris Kelly, on January 15, 2019. (ECF No. 42.) Accordingly, a motion for substitution is presently due on or before April 15, 2019.

///

///

///

///

1

On the basis of good cause, Defendants' request to stay the proceedings is granted pending an appearance by a representative on Plaintiff's behalf on or before **April 15, 2019**.

IT IS SO ORDERED.

Dated: **March 20, 2019**

_____
UNITED STATES MAGISTRATE JUDGE